IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMEER AL-LATEEF,<br><br>Plaintiff,<br><br>vs.<br><br>DN TANKS OF MONTANA, LLC, DN TANKS, INC., and JOHN DOES 1-4,<br><br>Defendants. | CV 26-123-M-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 24th day of August, 2026.

Kathleen L. DeSoto
United States Magistrate Judge